IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

FREDDIE B. WALKER
Full name and prison number of
plaintiff(s)

2007 JUL 11  A 9: 28

v.

CIVIL ACTION NO. 1:07CV633-mht
(To be supplied by the Clerk of the
U.S. District Court)

TOMMY R. SCARBOROUGH

ALABAMA STATE BAR

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

       1.  Parties to this previous lawsuit:
           Plaintiff(s) _____ N/A _____
           Defendant(s) _____

       2.  Court (if federal court, name the district; if state court, name the county)
           _____ N/A _____

       3.  Docket No. _____

       4.  Name of Judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? NA

6. Approximate date of filing lawsuit ___NA___

7. Approximate date of disposition ___NA___

II. PLACE OF PRESENT CONFINEMENT ___NA___

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ___NA___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Tommy Scarborough | 119 South Foster St. Suit 101 |
| 2. | | P.O. Box 2101 |
| 3. | | Dothan, Alabama 36301 |
| 4. | Alabama State Bar. The Disciplinary Commission | |
| 5. | | P.O. Box 671 |
| 6. | | Montgomery AL. 36101 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ~~Dec.~~ June 3, 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Mr. Scarborough was appointed to represent me in a criminal matter and failed to foward me a free copy of my transcript, court proceeding;

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

Mr. Walker alleged this matter to Alabama State Bar, Disciplinary Commission complaining that Mr. Scarborough refuse to foward to him a free copy of the trial court transcript proceeding that took place on or about Dec. or March 2002 and this State Bar. did not open a formal complaint file in this matter, and this State Bar. have shown to me nothing but (conspire) with Mr. Scarborough, and stated,

-2-

GROUND TWO: If, for any reason, you feel that your client is not entitles to the Requested documents please write us with that information so that we persue a Resolution of this matter.

SUPPORTING FACTS: The facts is that mr Walker is entitled to a free copy of his Trial Transcript, according to Law, And according to Griffin vs Illonois but, I will persue this matter to Higher Authority, Because, mr Scarborough knows, that if he would have furinsh me a copy of my trial Transcript I could have.

GROUND THREE: Persue this matter of my crime to Higher Courts Proceeding without being Denied of [Statue limitation,] And [Precluded Barred.]

SUPPORTING FACTS: Because of mr Scarborough ineffectiveness And his Dificeants at my trial, I am unable to persue timely motion And to Beat Statue limitation as well as Precluded Barred, from Raising All violations That occured doing my Trial Proceeding. This State Bar Refuse to [Order] mr Scarborough to foward to me a copy of my trial trans cript

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want this court, this Honorable court to Award me in the sums of ~~~~ Five Hundred thousand dollars for punitive damage, of Severe-depression, and the sums of Five Hundred thousand dollars for compensation Damages: of going through stress, Anguish, Mental distorbey freece

Freddie B Walker #159866
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on July 3, 2007.
(date)

Freddie B Walker #159866
Signature of plaintiff(s)

SEE: EXHIBIT (A.)

-3-

Freddie B. Walker #158266 (I-1) 13-B
P.O. Box 5107
Union Springs, AL 36089



Middle District of ALABAMA
United States Courthouse
15 Lee St. Montgomery, AL 36104

EXHIBIT (H)



# ALABAMA STATE BAR
## THE DISCIPLINARY COMMISSION
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

FAX: 334/261-6311

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

June 3, 2007

Mr. Tommy Ray Scarborough
Attorney at Law
P. O. Box 2101
Dothan, AL 36302-2101

RE:   Transcript/Briefs/File Documents 05-1126(A)
      Your Client: Freddie Bufford Walker
      A.I.S.#159866
      P. O. Box 5107
      Union Springs, AL 36089

Dear Mr. Scarborough:

The Disciplinary Commission has received a complaint/letter from the above-referenced client contending that you will not forward to said client a copy of the client's trial court transcript, brief, and/or other documents in the client's file. A copy of said complaint/letter is enclosed for reference purposes. We have not opened a formal complaint file in this matter, but do request that you forward the requested documents to the client.

We have informed the client of this request. If, for any reason, you feel that your client is not entitled to the requested documents, please write us with that information so that we may pursue a resolution of this matter.

Sincerely,

Cheryl L. Rankin
Investigator/Paralegal
For the Office of General Counsel

CLR/sl

cc:  Mr. Freddie Bufford Walker

RULE 30, ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.