Case Number

```
___  ___  _____
ID   YR    NUMBER
```
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
[Insert appropriate court]

FREDDIE B WALKER #159866
(Petitioner)

vs.

1:07CV633-MHT

TOMMY R. SCARBOROUGH, ATT. AT. LAW.
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Freddie B Walker #159866, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No ✗

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    N/A

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

    N/A

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?
       Yes _____       No ✗

    b. Rent payments, interest, or dividends?
       Yes _____       No ✗

    c. Pensions, annuities, or life insurance payments?
       Yes _____       No ✗

    d. Gifts or inheritances?
       Yes _____       No ✗

    e. Any other sources?
       Yes _____       No ✗

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own cash, or do you have money in a checking or savings account?

    Yes _____    No __X__

    (Include any funds in prison accounts.)

    If the answer is "yes", state the total value of the items owned.

    N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    Yes _____    No __X__

    If the answer is "yes", describe the property and state its approximate value.

    N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

    N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  July 3, 2007 .
                    (Date)

_Freddie B. Walker #159866_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __0.41__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __BULLOCK COUNTY CORR. FACILITY__ institution:

_7-3-07_
DATE

_S. Cunningham_
AUTHORIZED OFFICER OF INSTITUTION
BULLOCK COUNTY CORR. FACILITY

Rule 32

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY
```

AIS #: 159866        NAME: WALKER,FREDDIE              AS OF: 07/03/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JUL   | 28        | $10.49            | $50.00           |
| AUG   | 31        | $7.88             | $0.00            |
| SEP   | 30        | $4.53             | $40.00           |
| OCT   | 31        | $4.69             | $0.00            |
| NOV   | 30        | $0.45             | $0.00            |
| DEC   | 31        | $0.45             | $0.00            |
| JAN   | 31        | $0.45             | $0.00            |
| FEB   | 28        | $12.95            | $50.00           |
| MAR   | 31        | $18.68            | $0.00            |
| APR   | 30        | $0.17             | $0.00            |
| MAY   | 31        | $0.81             | $20.00           |
| JUN   | 30        | $0.41             | $0.00            |
| JUL   | 3         | $0.41             | $0.00            |