OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

Freddie B. Walker   159866

Petitioner
  VS

Tomma R. Scarborough
Defendant

Case No: 1:07-CV-00633-MHT-TFM

Requesting for Additional time to
Pay the inital Partial filling fee:

Come Now, Petitioner Freddie B. Walker in the above styled causes and Request for an additional (21) days in which to Pay the inital Partial filling fee:

I, am this 25th Day of July 2007, mailing a copy of this Request for an extention of time to pay the inital Partial filling fee upon the clerk of this court

OFFICE OF THE CLERK
UNITED STATES District Court
P.O. BOX 711
Montgomery, ALABAMA 36101-0711

Fredie B. Walker #159866   I1-13B
Bullock Correctional Facility
P.O. Box 711
Union Springs, AL 36089

36101+0711

MONTGOMERY AL 361
25 JUL 2007 PM 1 L

Office of the Clerk
UNITED STATES District Court
P.O. Box 711
Montgomery, ALABAMA 36101-0711