IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

FREDDIE B. WALKER, #159 866         *

    Plaintiff,                            *

    v.                                      *          1:07-CV-633-MHT

TOMMY R. SCARBOROUGH, *et al.*,     *

    Defendants.                           *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to submit the initial partial filing fee to the court as directed by order filed July 13, 2007. Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 4), is GRANTED;

2. Plaintiff is GRANTED an extension from August 2, 2007 to August 23, 2007 to comply with the court's July 13, 2007 order that he submit an initial partial filing fee to the court in the amount of $2.33; and

3. The Clerk furnish a copy of this order to the account clerk at the Bullock Correctional Facility.

Done, this 26th day of July 2007.

                            /s/ Terry F. Moorer
                      TERRY F. MOORER
                      UNITED STATES MAGISTRATE JUDGE