```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000197
Cashier ID: khaynes
Transaction Date: 08/21/2007
Payer Name: BULLOCK COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: FREDDIE  B WALKER
 Case/Party: D-ALM-1-07-CV-000633-001
 Amount:        $2.33
------------------------------------
CHECK
 Check/Money Order Num: 21797
 Amt Tendered: $2.33
------------------------------------
Total Due:       $2.33
Total Tendered:  $2.33
Change Amt:      $0.00
```