IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREDDIE B. WALKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | )  1:07-CV-633-MHT |
| TOMMY R. SCARBOROUGH, *et al.,* | )    (WO) |
| | ) |
|     Defendants | ) |

## **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on August 29, 2007 (Doc. #7), that Plaintiff's Complaint be dismissed prior to service of process with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

After a review of the recommendation, to which Plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of September, 2007.

                                /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE